**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SUSANNAH OLSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **No. 25-1137-STA-cgc** |
| | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ON SECTION 405(g) REVIEW OF THE COMMISSIONER'S FINAL DECISION AND AFFIRMING DECISION OF THE COMMISSIONER**

---

On August 11, 2026, Magistrate Judge Charmaine G. Claxton filed a report recommending that the Court affirm the decision of the Commissioner denying Plaintiff's claims for disability insurance benefits under Title II of the Social Security Act. (ECF No. 17.) Neither party has filed objections to the report, and the requisite time has passed. The Court finds that the Report and Recommendation should be adopted in its entirety because the Magistrate Judge properly evaluated the facts in the record and applied the applicable law. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's denial of disability benefits. The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 1, 2026